IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

THEODORE KNIGHT, et al.                                          PLAINTIFF

v.                                  NO. 2:15cv00063 JM

PAVEL KRUTS, et al.                                              DEFENDANT

## ORDER

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for July 18, 2016, is cancelled and this case is removed from the trial docket.

IT IS SO ORDERED this 22nd day of June, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE