# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**THEODORE KNIGHT AND**
**KELLI KNIGHT**                                                                **PLAINTIFFS**

**VS.**                                         **NO. 2:15cv00063 JM**

**PAVEL KRUTS AND**
**FEDOR TAGINTSEU**                                                              **DEFENDANTS**

## Order

This case is dismissed with prejudice by agreement of the parties.

IT IS SO ORDERED this 10th day of January, 2017.

_____
James M. Moody Jr
United States District Judge